**Order filed February 7, 2019**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-18-00792-CV

————————

**ABANTE & JOPIO LLC AND 5110 WASHINGTON LLC, Appellants**

**V.**

**UR PROPERTIES I, L.P., Appellee**

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1104927**

## O R D E R

Appellant filed a brief which this court returned because it did not comply with Texas Rule of Appellate Procedure 9.4(j)(4). *See* Tex. R. App. P. 9.4(j)(4), (k). On January 23, 2019, this court sent notice to appellant that its brief did not comply and requested that it file a compliant brief within one business day. As of this date, appellant has not filed a compliant brief or other response.

Unless appellant files a compliant brief with this court on or before **February 14, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM